**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **JOSEPH SCOTT,** | CASE NO. 1: 12 CV 1163 |
| Petitioner, | JUDGE PATRICIA A. GAUGHAN |
| vs. | |
| **JOHN COLEMAN, Warden,** | Memorandum of Opinion and Order |
| Respondent. | |

Petitioner has filed a Motion for Reconsideration of this Court's order denying his petition for a writ of *habeas corpus*. (Doc. 25.) Petitioner's motion for reconsideration is denied. Reconsideration is only available in the following situations: to correct a clear error of law, to give effect to an intervening change in controlling law or newly discovered evidence, or to prevent a manifest injustice. *Gencorp, Inc. v. American International Underwriters*, 178 F.3d 804, 834 (6th Cir. 1999). None of these situations is present here. Accordingly, reconsideration is inappropriate.

IT IS SO ORDERED.

 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 6/10/13